ALINA HABBA
United States Attorney
PAUL W. KAUFMAN
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
Tel. (856) 757-5230
paul.kaufman2@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ZACHARY HOLTZMAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> ARGOSY CAPITAL COMPANY, LLC, *et al.*, <br><br> *Defendants*. | HON. CLAIRE C. CECCHI <br><br> *Civil Action No.* 24-08318 (CCC) (AME) <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the settlement agreements between the parties, the United States and Relator, Zachary Holtzman., stipulate to the dismissal of the civil action against Defendants.

1.      The Parties have executed written settlement agreements to resolve some of the claims in this action.

2.      The United States has filed a notice of declination to intervene with respect to the remaining claims in this action.

3.     Relator stipulates that the settlement agreement and settlement amount allocated to it in this action are fair, adequate, and reasonable under all the circumstances as defined by 31 U.S.C. § 3730(c)(2)(B).

4.     No answer or responsive pleading has been filed in this matter.

5.     Accordingly, the Parties request that pursuant to FED. R. CIV. P. 41(a) and 31 U.S.C. § 3730(b)(1), the Civil Action be:

a.  Dismissed with prejudice as to Relator with respect to all conduct alleged in the Complaint in this action;

b.  Dismissed with prejudice as to the United States with respect to the Covered Conduct identified by the United States in its Notice of Election for Purposes of Effectuating Settlement;

c.  Dismissed without prejudice as to the United States with respect to all conduct alleged in the Complaint in this action that was not Covered Conduct as identified by the United States in its Notice of Election for Purposes of Effectuating Settlement.

6.     All parties shall bear their own costs except as otherwise agreed.

The parties respectfully request that the Court enter an order in the form of the proposed order attached.

Dated:     Camden, New Jersey
           May 16, 2025

                                          Respectfully submitted,

                                          ALINA HABBA
                                          United States Attorney

                              By:

                                          PAUL W. KAUFMAN
                                          Assistant United States Attorney

                                          *Counsel for the United States*


                                          DARTH M. NEWMAN

                                          /s/ Darth M. Newman
                                          Darth M. Newman, Esquire
                                          Law Offices of Darth Newman

                                          *Counsel for Relator Zachary Holtzman*